1 | ERIC GRANT
United States Attorney
2 | ELLIOT WONG
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700

**FILED**
Oct 02, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

5
6 | Attorneys for Plaintiff
United States of America

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          CASE NO. 2:25-cr-0230 DAD

12 | Plaintiff,                          18 U.S.C. §§ 922(q)(3)(A) & 924(a)(4) – Discharge of a firearm within a school zone;
13 | v.                                  18 U.S.C. §§ 922(q)(2)(A) & 924(a)(4) – Possession of a firearm within a school zone (2 counts);
14 | ANIBAL HERNANDEZ SANTANA,           47 U.S.C. § 333 – Interference with a radio communication station; 18 U.S.C. § 924(d)(1) and
15 | Defendant.                          28 U.S.C. § 2461(c) – Criminal Forfeiture

16

17 | I N D I C T M E N T

18 | COUNT ONE: [18 U.S.C. §§ 922(q)(3)(A) & 924(a)(4) – Discharge of a Firearm Within a School Zone]

19 | The Grand Jury charges: T H A T

20 | ANIBAL HERNANDEZ SANTANA,

21 | defendant herein, on or about September 18, 2025, in the State and Eastern District of California, did

22 | knowingly and with reckless disregard for the safety of another discharge a firearm, that is, a

23 | subcompact 9mm handgun, that had moved in interstate commerce, within a distance of 1,000 feet of the

24 | grounds of the Arthur A. Benjamin Health Professions High School and the Leataata Floyd Elementary

25 | School, a place that the defendant knew and had reasonable cause to believe was a school zone, in

26 | violation of Title 18, United States Code, Sections 922(q)(3)(A) and 924(a)(4).

27 | ///

28 | ///

INDICTMENT                                1

1  COUNT TWO: [18 U.S.C. §§ 922(q)(2)(A) & 924(a)(4) – Possession of a Firearm Within a School Zone]

The Grand Jury further charges: T H A T

ANIBAL HERNANDEZ SANTANA,

defendant herein, on or about September 18, 2025, in the State and Eastern District of California, did knowingly possess a firearm, that is, a subcompact 9mm handgun, that had moved in interstate commerce, within a distance of 1,000 feet of the grounds of Arthur A. Benjamin Health Professions High School and the Leataata Floyd Elementary School, a place that the defendant knew and had reasonable cause to believe was a school zone, in violation of Title 18, United States Code, Sections 922(q)(2)(A) and 924(a)(4).

COUNT THREE: [18 U.S.C. §§ 922(q)(2)(A) & 924(a)(4) – Possession of a Firearm Within a School Zone]

The Grand Jury further charges: T H A T

ANIBAL HERNANDEZ SANTANA,

defendant herein, on or about September 19, 2025, in the State and Eastern District of California, did knowingly possess a firearm, that is, a subcompact 9mm handgun, that had moved in interstate commerce, within a distance of 1,000 feet of the grounds of Arthur A. Benjamin Health Professions High School and the Leataata Floyd Elementary School, a place that the defendant knew and had reasonable cause to believe was a school zone, in violation of Title 18, United States Code, Sections 922(q)(2)(A) and 924(a)(4).

COUNT FOUR: [47 U.S.C. § 333 – Interference with a Radio Communication Station]

The Grand Jury further charges: T H A T

ANIBAL HERNANDEZ SANTANA,

defendant herein, on or about September 19, 2025, in the State and Eastern District of California, did willfully and maliciously interfere with and cause interference to any radio communications of KXTV, LLC, d.b.a. ABC 10 and ABC 10 News, a station licensed and authorized by and under Title 47 of the United States Code, in violation of Title 47, United States Code, Section 333.

///

FORFEITURE ALLEGATION: [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1.  Upon conviction of one or more of the offenses alleged in Counts One through Three of this Indictment, defendant ANIBAL HERNANDEZ SANTANA shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing or willful commission of the offenses.

2.  If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Three of this Indictment, for which defendant is convicted:

    a.  cannot be located upon the exercise of due diligence;
    b.  has been transferred or sold to, or deposited with, a third party;
    c.  has been placed beyond the jurisdiction of the Court;
    d.  has been substantially diminished in value; or
    e.  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ **Signature on file w/AUSA**
FOREPERSON

*Eric Grant*

ERIC GRANT
United States Attorney

INDICTMENT                                3

No. _ _ _ _ _ _ _ _ _ _

---

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA

*vs.*

## ANIBAL HERNANDEZ SANTANA

---

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. §§ 922(q)(3)(A) & 924(a)(4) – Discharge of a firearm within a school zone; 18 U.S.C. §§ 922(q)(2)(A) & 924(a)(4) – Possession of a firearm within a school zone (2 counts); 47 U.S.C. § 333 – Interference with a radio communication station; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

---

*A true bill,*

**/s/ Signature on file w/AUSA**
*Foreman.*

*Filed in open court this* __2nd__ *day of* __October__, *A.D. 20* __25__

/s/ J. Murphy
*Clerk.*

*Bail, $* **NO PROCESS NECESSARY**

*(signature)*
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

GPO 863 525

<u>United States v. ANIBAL HERNANDEZ SANTANA</u>
**Penalties for Indictment**

<u>Defendant</u>
**ANIBAL HERNANDEZ SANTANA**

**<u>COUNT 1:</u>**

| | |
|---|---|
| VIOLATION: | 18 U.S.C. §§ 922(q)(3)(A) & 924(a)(4) – Discharge of a firearm within a school zone |
| PENALTIES: | A maximum of up to five years imprisonment, which shall not run concurrently with any other term of imprisonment imposed under any other provision of law;<br>Fine of up to $250,000; or both fine and imprisonment;<br>Supervised release of up to two years |

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**<u>COUNTS 2 & 3:</u>**

| | |
|---|---|
| VIOLATION: | 18 U.S.C. §§ 922(q)(2)(A) & 924(a)(4) – Possession of a firearm within a school zone |
| PENALTIES: | A maximum of up to five years imprisonment, which shall not run concurrently with any other term of imprisonment imposed under any other provision of law;<br>Fine of up to $250,000; or both fine and imprisonment;<br>Supervised release of up to two years |

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**<u>COUNT 4:</u>**

| | |
|---|---|
| VIOLATION: | 47 U.S.C. § 333 – Interference with a radio communications station |
| PENALTIES: | A maximum of up to one year imprisonment;<br>Fine of up to $10,000; or both fine and imprisonment;<br>Supervised release of up to one year |

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**<u>FORFEITURE ALLEGATION:</u>**

| | |
|---|---|
| APPLICABLE SECTIONS: | 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) - Criminal Forfeiture |
| PENALTIES: | As stated in the charging document |